UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MELANIE BALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CV-00395-TCK-JFJ |
| ) | |
| (1) PENNWELL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

TO: PLAINTIFF MELANIE BALL AND
HER ATTORNEYS OF RECORD

Pursuant to 28 U.S.C. §§ 1441(a) and (c) and 1446, and LCvR 81.2, Defendant, PennWell Corporation, hereby files with this Court its Notice of Removal from the District Court of Tulsa County, State of Oklahoma, Case No. CJ-2018-02366, which is styled *Melanie Ball, Plaintiff, v. PennWell Corporation, Defendant.*

The following statements are submitted pursuant to 28 U.S.C. § 1446:

1. Pursuant to LCvR 81.2 of the United States District Court for the Northern District of Oklahoma, copies of all matters filed of record in the state court proceeding or served upon PennWell Corporation are attached hereto along with a copy of the docket sheet, and all such matters include the following:

    a.    Summons issued to PennWell Corporation;

    b.    Plaintiff's Petition;

    c.    Entry of Appearance filed by Amber L. Hurst;

        d.        Entry of Appearance filed by Mark Hammons; and

        e.        Entry of Appearance filed by Kristin E. Richards.

2.    Plaintiff alleges causes of action for violation of the Age Discrimination in Employment Act, the Fair Labor Standards Act, and other state law claims. See Petition, ¶ 3.

3.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331.

WHEREFORE, Defendant, PennWell Corporation, prays that the above action now pending against it in the District Court of Tulsa County, State of Oklahoma, be removed to this Court.

Respectfully submitted,

*/s/ W. Kirk Turner*
W. Kirk Turner, OBA #13791
Samanthia Sierakowski Marshall, OBA #
McAfee & Taft, A Professional Corporation
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 599-9317 (facsimile)
kirk.turner@mcafeetaft.com
samanthia.marshall@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT, PENNWELL CORPORATION**

## CERTIFICATE OF SERVICE

☒  I hereby certify that on July 30, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Amber Hurst, Esq.
Mark Hammons, Esq.
Kristin E. Richards, Esq.

☐  I hereby certify that on _____, 2018, I served the foregoing document by mail on the following, who are not registered participants of the ECF System (None):

                                                    */s/ W. Kirk Turner*