### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.   MELANIE BALL, | ) |
| Plaintiff, | ) ) ) |
| v. | )   Case No. 18-CV-395-TCK-JFJ ) |
| 1.   PENNWELL CORPORATION, | ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF NOVEMBER 2018.**

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
HAMMONS GOWENS HURST & ASSOC.
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
mark@hammonslaw.com
amber@hammonslaw.com
*Attorneys for Plaintiff*

s/ W. Kirk Turner
W. Kirk Turner, OBA #13791
Samanthia S. Marshall, OBA #22640
McAfee & Taft, A Professional Corporation
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 599-9317 (fax)
kirk.turner@mcafeetaft.com
samanthia.marshall@mcafeetaft.com
*Attorneys for Defendant*
